IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES OLDFIELD,

    Plaintiff,

    v.                                            CIV. No. 10-558 WDS/ACT

CLARENCE G. DAVIS, et al.,

    Defendants.

**ORDER**

    This matter comes before the Court on Defendants' Motion to Extend Dispositive Motions Deadline and Settlement Conference filed April 12, 2011 [Doc 57.] No response is necessary.

    The dispositive motions deadline is hereby extended until July 30, 2011. The settlement conference is rescheduled for July 20, 2011.

    It is hereby further ordered that Plaintiff appear for the Rule 35 Independent Medical Exam with Dr. Stephen Chiiulli on June 1, 2011. The Court will hold in abeyance Defendants' request that Plaintiff pay the cancellation fee of $500.00 for Plaintiff's failure to appear for the previously scheduled appointment with Dr. Chiulli.

    IT IS SO ORDERED.

                                              ALAN C. TORGERSON
                                              United States Magistrate Judge