IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES OLDFIELD,**

**Plaintiff,**

**v.**                                                      No. CV-10-558 WDS/ACT

**CLARENCE G. DAVIS, et. al.**

**Defendants**.

## JUDGMENT

**THIS MATTER** came before the Court on Defendants' Motion for Summary Judgment [Doc. No. 69], filed July 6, 2011. Consistent with the Order which accompanies this Judgment:

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment is GRANTED. This case is dismissed with prejudice.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**